UNITED STATES of America,
Plaintiff–Appellee,

v.

Terry JOHNSON, Defendant–Appellant.

No. 15–13184
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 25, 2016.

Wifredo A. Ferrer, Karen E. Gilbert, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, Ann Marie Christine Villafana, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Neison M. Marks, Federal Public Defender's Office, West Palm Beach, FL, for Defendant–Appellant.

Before JORDAN, JULIE CARNES and BLACK, Circuit Judges.

PER CURIAM:

Neison Marks, appointed counsel for Terry Johnson in this appeal from the denial of 18 U.S.C. § 3582(c)(2) relief, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Johnson's § 3582(c)(2) motion to reduce his sentence is **AFFIRMED**.